#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HICKSON** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **No. 22-2053** |
| **PECO ENERGY** | : | |
| *PATRICK NOONAN SENIOR MANAGER* | : | |
| *FINANCE OPERATIONS*, **ET AL.** | : | |

### ORDER

This 24th day of October, 2022, it is hereby **ORDERED** that Plaintiff cure the defects of service described in the accompanying Memorandum within thirty (30) days of this Order, either by properly serving each Defendant with both a copy of Plaintiff's Amended Complaint and a summons and by filing an affidavit signed by the process-server attesting to the proper service of Defendants, or alternatively by filing waivers of service signed by Defendants.

/s/ Gerald Austin McHugh
United States District Judge